May Term,
1850.

Canal-Boat
Odd Fellow
v.
Stewart.

CANAL-BOAT ODD FELLOW *v.* STEWART and Another.

Attachment against a canal-boat for articles furnished for the boat at the request of the master. Attachment was served on the boat and notice given the master. The justice's record shows a bond, of the same date as the attachment, executed by the master and *H.*, conditioned for the payment of all demands which might be adjudged in said cause due, which was approved by the justice. The transcript does not show any use made of the bond. No motion was made for the discharge of the boat, nor was the boat discharged. Judgment against the boat. Appeal to the Circuit Court. The defendant moved to dismiss, on the ground that no judgment could be rendered against the boat, which motion was overruled, and judgment rendered against the master for the plaintiff's demand, to be levied of the said canal-boat. *Held,* that the case stood as if no bond had been given. *Held,* also, that the motion to dismiss was properly overruled. *Held,* also, that the judgment of the Circuit Court was substantially good.

*Monday,*
*October 28.*

ERROR to the *Tippecanoe* Circuit Court.

BLACKFORD, J.—An attachment was issued against the canal-boat *Odd Fellow,* by a justice of the peace. The suit was founded on an account for articles furnished for the boat at the request of one *Logan,* then master of the boat.

The attachment was returned served on the boat and notice given to one *McGuire,* master, then in possession.

There is a bond, of the same date with the attachment, copied into the justice's record, executed by said *McGuire* and one *Hull,* conditioned for the payment of all demands which should be adjudged in said cause to be due. That bond appears to have been approved of by the justice. The transcript, however, does not show that any use was made of the bond. No motion was made before the justice for a discharge of the boat; nor was it discharged. The case therefore stands as if no bond had been given. The cause proceeded, before the justice, to judgment against the boat.

There was an appeal, on the application of said *Mc-Guire,* to the Circuit Court.

In the Circuit Court, the defendant moved to dismiss the case, on the ground that no judgment could be ren-

dered against the boat. This motion was correctly over- <span style="float:right">May Term,<br>1850.</span>
ruled; the boat not having been discharged.

The cause was afterwards submitted by the parties to SHERRARD
the Court, and judgment rendered against said *Logan* for <span style="float:right">v.<br>NEVIUS.</span>
the amount of the plaintiffs' demand, to be levied of the
said canal-boat, *Odd Fellow*. That is, substantially, a
judgment against the boat.

We have examined the evidence, which is in the re-
cord, and are of opinion that it sustains the judgment.

*Per Curiam.*—The judgment is affirmed with 5 *per
cent.* damages and costs.

*A. M. Crane* and *E. H. Brackett*, for the plaintiff.

*R. C. Gregory*, for the defendants.